Elijah M. Watkins (ISB No. 8977)
Aaron R. Bell (ISB No. 10918)
Dakota S. Lee (ISB No. 13032)
DORSEY & WHITNEY LLP
101 S. Capitol Blvd., Ste. 1100
Boise, ID 83702
Phone: (208) 617-2550
Fax: (208) 567-4992
Watkins.Elijah@dorsey.com
Bell.Aaron@dorsey.com
Lee.Dakota@dorsey.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| AUSTIN JAMES OSBORNE, an individual;<br><br>Plaintiff,<br><br>-vs-<br><br>BARRY MINKOW, an individual,<br><br><br>Defendant. | Case No. 1:25-cv-00647-BLW<br><br>**PLAINTIFF'S MOTION TO SEAL AND FOR PROTECTIVE ORDER** |

Pursuant to Fed. R. Civ. P. 5.2(d)-(e) and Dist. Idaho Loc. Civ. R. 5.3 and 5.5(f), Plaintiff

Austin J. Osborne ("Osborne") respectfully requests that the Court enter an order sealing selected

portions of his *Memorandum in Support of Emergency Motion for Preliminary Injunction* ("PI

Memorandum") and the *Declaration of Austin J. Osborne in Support of Emergency Motion for

Preliminary Injunction* ("PI Osborne Declaration") and all of the exhibits thereto as these

documents discuss confidential business records and the financial condition of the Plaintiff's non-

party business, Cedar Creek Capital, LLC ("Cedar Creek"). The selected portions of the PI

Memorandum and the PI Osborne Declaration are highlighted using red-colored text boxes in the

separately-filed, sealed unredacted copies of these documents per Dist. Idaho Loc. R. 5.3(b)(3). In

PLAINTIFF'S MOTION TO SEAL AND FOR PROTECTIVE ORDER – 1
4903-2248-3608\3

accordance with Dist. Idaho Loc. R. 5.3(b)(3)-(4), the proposed redacted PI Memorandum and PI Osborne Declaration are not filed as attachments to this motion and have not been provided to any other party. To prevent the likely disclosure of this highly sensitive information by Defendant Barry Minkow's ("Minkow"), the unredacted versions of the PI Memorandum and PI Osborne Declaration have not been served on Minkow, and Osborne requests these documents be reviewed by the Court *in camera* to avoid improper disclosure. Osborne will serve these documents on Minkow following entry of the protective order and in the fashion instructed by the Court.

Given Minkow's prior dissemination of Cedar Creek's confidential materials to his various platforms, this motion also seeks a protective order that prohibits Minkow from publishing, discussing, or otherwise using the sealed materials in his social media articles, posts, videos, or direct messages, or from otherwise disseminating this information to anyone other than his attorneys should he retain attorneys. This Motion to Seal ("Motion") is accompanied by a Memorandum in Support of the Motion and a Declaration of Cedar Creek's in-house counsel.

DATED THIS 1st day of April, 2026.

DORSEY & WHITNEY, LLP

By */s/ Elijah M. Watkins*
  Elijah M. Watkins
  Aaron R. Bell
  Dakota S. Lee
  *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1ˢᵗ day of April 2026, I served a true and correct copy of the within and foregoing with the Clerk of the Court using CM/ECF system and via first class mail, postage prepaid addressed as follows:

Barry Minkow
2924 Whispering Wind Drive
Las Vegas, NV 89117

/s/  Elijah M. Watkins
Elijah M. Watkins